**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **26-MJ-** 332 -N |
| **v.** | * | |
| | * | **FILED UNDER SEAL** |
| **CAMERON LAMARK LEWIS,** | * | |
| **aka "askednreceived"** | * | |

**UNITED STATES' MOTION TO SEAL CRIMINAL COMPLAINT**

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, respectfully moves the Court to seal the criminal complaint returned in the above-captioned case until the defendant is arrested and presented in Court. The United States' investigation is ongoing, confidential, and sensitive in nature. Additionally, the defendant named in the complaint is not yet in custody. Accordingly, the best interests of this case and the public interest will be served by causing the criminal complaint to be sealed until the defendant is arrested and presented in Court. The sealing and pending notification will not prejudice the defendant. *United States* v. *Farias*, 836 F.3d 1315 (11th Cir. 2016).

Accordingly, the United States moves the Court to seal the criminal complaint in the above-captioned case until the defendant is arrested and presented in Court.

Respectfully submitted on October 1, 2026.

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: */s/ Justin D. Roller*
Justin D. Roller
Assistant United States Attorneys
11 North Water Street, Suite 30100
Mobile, Alabama 36602
(251) 441-5845
justin.roller@usdoj.gov

**SEALED**