**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **26-MJ-** 332 -N |
| **v.** | * | |
| | * | **FILED UNDER SEAL** |
| **CAMERON LAMARK LEWIS,** | * | |
| **aka "askednreceived"** | * | |

**ORDER**

This matter is before the Court on the United States' Motion to Seal Criminal Complaint. The Court, after having considered the motion and finding that the best interests of this case will be served by causing the criminal complaint in the above-captioned case to be sealed, ORDERS that the criminal complaint be sealed until the defendant is arrested and presented in Court.

The Court FURTHER ORDERS that the Clerk shall unseal the criminal complaint in the above-captioned case upon the defendant's arrest and presentment in Court unless the United States files a motion to extend the seal and the Court grants the motion.

SO ORDERED this 2 day of October 2026.

UNITED STATES MAGISTRATE JUDGE

**SEALED**